# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Sean Williams<br><br>Defendant | ) ) ) ) ) ) | Case No. 2:23-MJ-220 SEALED |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sean Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Escape (18 USC § 751(a))

Date: 10/18/23

*Issuing officer's signature*

Cynthia Richardson Wyrick, US Magistrate Judge
*Printed name and title*

City and state: Greeneville, Tennessee

### Return

This warrant was received on *(date)* 10/18/2023, and the person was arrested on *(date)* 11/22/2023
at *(city and state)* Largo, FL.

Date: 12/21/2023

*Arresting officer's signature*

for USMS M/FL
*Printed name and title*

57443510
11263448
2374-1019-0091-5